AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

STERLING SAVINGS BANK, a Washington chartered bank; and STERLING FINANCIAL CORPORATION, a Washington corporation,

        Plaintiffs,

v.

HEIDI B. STANLEY, a married woman,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-214-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on August 23, 2012, ECF No. 40.

August 23, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas